# WITHDRAWAL OF POST-PETITION FEES

Diana M. Onifer. & Michael S. Onifer CASE #16-22349

Please withdraw the notice of post-petition fees filed on 09/13/2016 for claim #2.

Thank you,

Hugh Russell
Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

_____

2016 SEP 19 AM 11:21
RECEIVED