IN THE UNITED STATES BANKRUPTCY COURT
**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DIANA M. ONIFER | NO.  16-22349-CMB |
| MICHAEL S. ONIFER | |
|     DEBTORS. | |
| | |
| DIANA M. ONIFER | |
| MICHAEL S. ONIFER | |
|     MOVANTS, | |
| V. | |
| NO RESPONDENT. | |
|     RESPONDENTS. | |

**MOTION FOR WITHDRAWAL OF APPEARANCE
AND TERMINATION OF CM/ECF RECORD**

AND NOW comes Faith Mileca, Esquire counsel to Diana M. and Michael S. Onifer in the above-captioned case, and certifies to this Honorable Court that she (a) has satisfied the interest of her client Diana M. and Michael S. Onifer in the above-captioned case, and (b) has informed and received the consent of Diana M. and Michael S. Onifer to withdraw her appearance in the above-captioned case. Having so certified, and pursuant to W.PA.LBR 9010-2(b), Faith A. Mileca, Esquire requests that this Honorable Court grant her request for leave for withdrawal of her appearance and termination of her CM/ECF record in this case.

Date:  January 9, 2017.

    Respectfully Submitted:

    /s/ Faith A. Mileca, Esquire
    231 S. Main St. Suite 310B
    Greensburg, PA 15601
    faithaburns@gmail.com
    PA ID 90324
    724-961-1563

**ORDER**

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Faith A. Mileca, Esquire is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date:  January 9, 2016

    _____
    United States Bankruptcy Judge

**PAWB Local Form 17  (07/13)**