## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
1/20/17 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | DIANA M & MICHAEL S ONIFER |
| **Case Number:** | 16-22349-CMB         Chapter: 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 19, 2017 02:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#2 - Final Confirmation of Plan Dated 6/27/2016 (NFC)
[Trustee: Atty Melica filed a motion to withdraw as atty for debtor - hrg set 2/22/17 at 10]
R / M #:  2 / 0

### *Appearances:*

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz     *L. Burns*

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to _4/13/17_ at _2:00_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/11/2017   3:49:05PM