**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DIANA M. ONIFER | NO. 16-22349-CMB |
| MICHAEL S. ONIFER | |
|     DEBTORS. | |
| | |
| DIANA M. ONIFER | |
| MICHAEL S. ONIFER | |
|     MOVANTS, | |
| V. | |
| NO RESPONDENT. | |
|     RESPONDENTS. | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Request for Approval of Motor Vehicle Purchase filed on JANUARY 9, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Request appears thereon. Pursuant to the Notice of Hearing, objections to the Request were to be filed and served no later than February 8, 2017

It is hereby respectfully requested that the Order attached to the MOTION TO WITHDRAW AS COUNSEL OF RECORD be entered by the Court.

EXECUTED ON: February 11, 2017

By:    /s/Faith A. Mileca, Esquire
Signature
Faith A. Mileca, Esquire
Typed Name
231 S. Main St. Suite 310B, Greensburg, PA 15601
Address
724-961-1563, faithaburns@gmail.com
Phone No.
PA ID 90324
List Bar I.D. and State of Admission

**PAWB Local Form 25 (07/13)**