10:00 AM

## PROCEEDING MEMO

Date: February 22, 2017

In re: Diana M Onifer and Michael S Onifer

Bankruptcy No. 16-22349-CMB
Chapter 13
Doc. # 25

**Appearances:**

Movant(s):     Faith A. Mileca

Respondent(s): ~~WGGGGGGS/~~ Bedford / ~~Bail / Katz~~

Creditor(s):

Nature of Proceeding:    Motion for Withdrawal of Appearance and Termination of CM/ECF Record

Additional Pleadings:    #27 Certificate of Service; #29 CNO

Note: Continued Conciliation Conference scheduled for 4/13/17 at 2:00 PM

Judge's Notes:

Outcome:

_____ Motion is GRANTED _____ Order entered        Continued 3/22/17 @ 10:00 a.m.

_____ Motion is DENIED _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER:   _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

FILED
2/23/17 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge