IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Diana M. Onifer and Michael S. Onifer | |
| DEBTOR. | No.   16-22349-CMB |

Diana M. Onifer and Michael S. Onifer

    MOVANT,
V.
NO RESPONDENT.
                    RESPONDENTS.    Proposed Order

AND now, to wit, this ____23rd____ day of ____February____, 2017, upon consideration of the within Motion to Continue Motion to Withdraw, it is hereby ORDERED that the Motion is granted. The hearing on Motion for Withdrawal of Appearance by Faith A. Mileca is rescheduled to March 22, 2017 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA.

BY THE COURT:

_Carlota M. Böhm_ J.   **kmt**
Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
2/23/17 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                            Case No. 16-22349-CMB
Diana M Onifer                                                    Chapter 13
Michael S Onifer
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: kthe              Page 1 of 1         Date Rcvd: Feb 23, 2017
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.
db/jdb         +Diana M Onifer,    Michael S Onifer,    112 West Fourth Avenue,    Latrobe, PA 15650-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:
              Faith A Mileca    on behalf of Joint Debtor Michael S Onifer faithaburns@gmail.com,
               lawburns1@gmail.com,   faithaburns@gmail.com,lawburns1@gmail.com
              Faith A Mileca    on behalf of Debtor Diana M Onifer faithaburns@gmail.com,lawburns1@gmail.com,
               faithaburns@gmail.com,lawburns1@gmail.com
              James  Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6