10:00 AM

## PROCEEDING MEMO

**Date:** March 22, 2017

**In re:** Diana M Onifer and Michael S Onifer

**Bankruptcy No.** 16-22349-CMB
**Chapter 13**
**Doc. # 25**

**Appearances:**

**Movant(s):** Faith A. Mileca did not appear.

**Respondent(s):** ~~Winnecour~~ / Bedford / ~~Paul Katz~~

**Creditor(s):**

**Nature of Proceeding:** Continued Hearing on Motion for Withdrawal of Appearance and Termination of CM/ECF Record

**Additional Pleadings:** #27 Certificate of Service; #29 CNO

Note: Continued Conciliation Conference scheduled for 4/13/17 at 2:00 PM

**Judge's Notes:**

**Outcome:**

____ Motion is GRANTED ____ Order entered
____ Motion is DENIED ____ Order entered
____ Motion WITHDRAWN
____ Motion is DISMISSED ____ Order entered
____ Reschedule for Proper Service
____ Case DISMISSED ____ Order entered
____ Parties to submit Order/Settlement/Stipulation by ____ days
____ CONTINUED MATTER: ____ for at least ____ days (Court to Issue Order)
____ to hearing date of ____
____ ISSUE EVIDENTIARY HEARING NOTICE
____ Discovery time needed ____ days
____ Briefs to be filed: Movant(s) brief due ____ days
Respondent(s) brief due ____ days
Trustee's brief due ____ days

Debtor's have obtained other counsel. Motion granted re: withdrawal of Faith Mileca as counsel for the Debtor and approving the appontment of Jeffrey S. Golembiewski.

FILED
3/22/17 4:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge