IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-22349-CMB |
| | : | |
| | : | CHAPTER 13 |
| DIANA M. ONIFER and | : | |
| MICHAEL S. ONIFER | : | |
| Debtors | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| DIANA M. ONIFER and | : | |
| MICHAEL S. ONIFER. And | : | |
| JEFFREY S. GOLEMBIEWSKI, ESQ. | : | Related to Docket No. 37 , 25 |
| Movant s | : | |
| vs. | : | |
| | : | |
| No Respondent s | : | |

### ORDER APPROVING DEBTOR'S COUNSEL

AND NOW, this __22nd__ day of __March__, 2017, upon consideration of the Application for Approval of Substitution of Counsel of Record, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Jeffrey S. Golembiewski, Esquire, of 225 South Maple Avenue, Suite A, Greensburg, PA 15601 is hereby appointed as Attorney for Debtors in this Bankruptcy proceeding for the reasons set forth in the Application.

2. Faith A. Mileca, Esquire, is terminated as Attorney for the Debtors.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation, and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of counsel in which certain hourly rates/ compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

5. Trustee is directed to remit any sums being held for attorney's fees to be paid

to Attorney Golembiewski
.

      6.    Applicant shall serve the Within Order on all interested parties and file a Certificate of Service.

BY THE COURT:

_____
Carlota M. Bohm,
United States Bankruptcy Court Judge

Cc:  Office of the United States Trustee
     Ronda J. Winnecour, Standing
     Chapter 13 Trustee
     Michael S. Onifer and
     Diana M. Onifer, Debtors
     Faith A. Mileca, Esquire
     Lawrence R. Burns, Esquire

FILED
3/22/17 4:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-22349-CMB
Diana M Onifer                                                      Chapter 13
Michael S Onifer
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: culy            Page 1 of 1         Date Rcvd: Mar 23, 2017
                            Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
db/jdb         +Diana M Onifer,   Michael S Onifer,   112 West Fourth Avenue,   Latrobe, PA 15650-1006
               +Faith A. Mileca, Esq.,   231 S. Main St., Suite 310B,   Greensburg, PA 15601-3115
                Lawrence Burns, Esq.,   231 South Main St.,   310 Coulter Building,   Greensburg,, PA  15601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT bkgroup@kmllawgroup.com
              Jeffrey S. Golembiewski    on behalf of Debtor Diana M Onifer jgolembiewski@yahoo.com, denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Joint Debtor Michael S Onifer jgolembiewski@yahoo.com, denisegole@yahoo.com
              Joshua I. Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6