**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Diana M Onifer** | : | Case No. 16−22349−CMB |
| **Michael S Onifer** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Wilmington Savings Fund Society, FSB, dba | : | |
| Christiana Trust, not in its ind. capacity, but | : | Related to Claim No. 2 |
| solely as trustee for BCAT−2014−4TT | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Diana M Onifer | : | |
| Michael S Onifer | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |
| | : | |
| | : | |

## <u>ORDER</u>

   **AND NOW**, this **12th day of May, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by ***Wilmington Savings Fund Society, FSB, dba Christiana Trust, not in its ind. capacity, but solely as trustee for BCAT−2014−4TT*** at Claim No. 2 in the above−captioned bankruptcy case,

   It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

   (1) an *AMENDED CHAPTER 13 PLAN;*

   (2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

   (3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

   *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-22349-CMB
Diana M Onifer                                                                  Chapter 13
Michael S Onifer
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy          Page 1 of 1          Date Rcvd: May 12, 2017
                             Form ID: 237          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
db/jdb      +Diana M Onifer,   Michael S Onifer,   112 West Fourth Avenue,   Latrobe, PA 15650-1006
cr           Shellpoint Mortgage Servicing,   Attn: Edwin Hugh Russell, II,   PO Box 10826,
             Greenville, SC  29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14265387      BCAT 2014-4TT,   c/o Shellpoint Mortgage Servicing,   Po Box 10826 Greenville, South Carolina
                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
          James  Warmbrodt   on  behalf  of  Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
          as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
          bkgroup@kmllawgroup.com
          Jeffrey S. Golembiewski   on behalf of Debtor Diana M Onifer jgolembiewski@yahoo.com,
          denisegole@yahoo.com
          Jeffrey S. Golembiewski   on behalf of Joint Debtor Michael S Onifer jgolembiewski@yahoo.com,
          denisegole@yahoo.com
          Joshua I. Goldman   on  behalf  of  Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
          as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
          bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                 TOTAL: 7