# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DIANA M & MICHAEL S ONIFER | | |
| **Case Number:** | 16-22349-CMB | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, JULY 27, 2017 01:00 PM | 3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

FILED
8/1/17 8:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#55 Amended Plan dated 6/6/2017  (FC)
**R / M #:**  55 / 0

### *Appearances:*

*Sacca*

Debtor:
Trustee:  Winnecour  /  (Bedford)  /  Pail  /  Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. ___✓___ Plan/Motion continued to  *9-7-17*  at  *11:30* _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____  at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: