2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-22349-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Diana M Onifer<br>112 West Fourth Avenue<br>Latrobe PA 15650 | Michael S Onifer<br>112 West Fourth Avenue<br>Latrobe PA 15650 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/09/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Suntrust Bank, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 | Educational Credit Management Corporation<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/11/17                                    Michael R. Rhodes
                                                    **CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Diana M Onifer
Michael S Onifer
    Debtors

Case No. 16-22349-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: culy   Page 1 of 1   Date Rcvd: Aug 09, 2017
Form ID: trc   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2017.
14303529    Suntrust Bank,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2017 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT bkgroup@kmllawgroup.com
      Jeffrey S. Golembiewski    on behalf of Debtor Diana M Onifer jgolembiewski@yahoo.com, denisegole@yahoo.com
      Jeffrey S. Golembiewski    on behalf of Joint Debtor Michael S Onifer jgolembiewski@yahoo.com, denisegole@yahoo.com
      Joshua I. Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                    TOTAL: 7