**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

IN RE:                                                                          Case No. 16-22349-CMB
                                                                                      Chapter 13
DIANA M ONIFER

MICHAEL S ONIFER

Debtor(s).

## NOTICE OF APPEARANCE

**WILMINGTON SAVINGS FUND SOCIETY**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

Dated this 4th day of October, 2017.

By:   */s/  William E. Miller, Esquire*
         William E. Miller, Esquire, Bar No:  308951
         Stern & Eisenberg, PC
         1581 Main Street, Suite 200
         The Shops at Valley Square
         Warrington, PA 18976
         Phone: (215) 572-8111
         Fax: (215) 572-5025
         wmiller@sterneisenberg.com
         Attorney for Creditor

---

1  Full title of Creditor is as follows: WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
2  This Loan is currently serviced by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing.
3  For reference, the property address associated with the undersigned's representation is 112 W 4th Ave, Latrobe, PA 15650-1006.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 4th day of October, 2017, to the following:

Jeffrey S Golembiewski
225 South Maple Ave
Suite A
Greensberg, PA 15601
jgolembiewski@yahoo.com
*Attorney for Debtor(s)*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Diana M Onifer
112 West Fourth Avenue
Latrobe, PA 15650

Michael S Onifer
112 West Fourth Avenue
Latrobe, PA 15650
*Debtor(s)*

Dated this 4th day of October, 2017.

                                                             By:  */s/ William E. Miller, Esquire*
                                                             William E. Miller, Esquire, Bar No: 308951
                                                             Stern & Eisenberg, PC
                                                             1581 Main Street, Suite 200,
                                                             Warrington, PA 18976
                                                             Phone: (215) 572-8111
                                                             Fax: (215) 572-5025
                                                             wmiller@sterneisenberg.com
                                                             Attorney for Creditor