# PROCEEDING MEMO

**Date:** 10/25/2017 11:00 am

**In re:** Diana M Onifer and Michael S. Onifer

**Bankruptcy No.** 16-22349-CMB
**Chapter:** 13
**Doc. #** 61

**Appearances:**

**Movant(s):** ~~Winnecour / Bedford / Pait~~ / Katz

**Respondent(s):** William E. Miller; ~~Jeffrey S. Golembiewski~~
by phone

**Creditor(s):**

**Nature of Proceeding:** Trustee's Objection to Notices of Postpetition Mortgage Fees, Expenses and Charges v. Wilmington Savings Fund Society, FSB

**Additional Pleadings:** #62 Certificate of Service; #67 Response by Wilmington Savings Fund Society, FSB

**Judge's Notes:** It looks like creditor was undersecured. Debtor scheduled value at $90,000 but claim was significantly higher.

**Outcome:** Per Mr. Miller, not disputing what petition and claims say.

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Court entering order proposed by trustee. Mr. Miller requested that order cover only post-petition loan history. Per Ch. 13 trustee, when there are objectionable fees, Trustee likes to see total loan history.

Mr. Miller's request is denied and order is entered as indicated.

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
10/26/17 1:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA