IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Diana M. Onifer<br>Michael S. Onifer<br>    Debtor(s) | Case No.: 16-22349 CMB<br>Chapter 13<br>Related to Document No. 61 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br><br>    Movant,<br><br>Vs.<br>Wilmington Savings Fund Society, FSB<br>    Respondent(s) | |

<u>ORDER</u>

AND NOW, this __25th__ day of __October__, 2017, upon consideration of Trustee's Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges, it is hereby

ORDERED that the charges requested in the Notices of Postpetition Mortgage Fees, Expenses and Charges are disallowed. It is further

ORDERED that the Respondent is to provide to the Court proof that the records have been adjusted to remove these charges no later than 60 days from the date of this Order. The proof must include a notarized affidavit by a corporate officer reflecting that the charges have been removed as well as full and comprehensible loan history from the inception of the loan. It is further

ORDERED that in the event that the creditor choses to withdraw the Notices of Postpetition Mortgage Fees, Expenses and Charges, the Respondent provide proof at the time of the withdrawal that the records have been corrected to show that there are no charges for the amounts claimed in the Notices. It is further

ORDERED that no additional charges will be assessed for defending the objection or for compliance with this Order.

BY THE COURT:

_[signature]_
U.S. Bankruptcy Judge

FILED
10/26/17 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Diana M Onifer  
Michael S Onifer  
      Debtors

Case No. 16-22349-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: kthe                  Page 1 of 1                  Date Rcvd: Oct 26, 2017
                              Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2017.
db/jdb         +Diana M Onifer,   Michael S Onifer,   112 West Fourth Avenue,   Latrobe, PA 15650-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2017 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT bkgroup@kmllawgroup.com
      Jeffrey S. Golembiewski    on behalf of Debtor Diana M Onifer jgolembiewski@yahoo.com, denisegole@yahoo.com
      Jeffrey S. Golembiewski    on behalf of Joint Debtor Michael S Onifer jgolembiewski@yahoo.com, denisegole@yahoo.com
      Joshua I. Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
      William E. Miller    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                         TOTAL: 8