# PROCEEDING MEMO

**Date:** 02/28/2018 11:00 am

**In re:** Diana M Onifer and Michael S. Onifer

Bankruptcy No. 16-22349-CMB
Chapter: 13
Doc. # 72

**Appearances:**

**Movant(s):**   Winnecour / ~~Pail / Katz~~

**Respondent(s):**   William E. Miller  for Wilmington Savings Fund Society

**Creditor(s):**

**Nature of Proceeding:**   Trustee's Motion to Compel and for Sanctions v. Wilmington Savings Fund Society, FSB

**Additional Pleadings:**   #73 Certificate of Service; #74 Response by Wilmington Savings Fund Society, FSB; #75 Amended Affidavit; #76 Affidavit

**Judge's Notes:**  Per the trustee, the loan history provided by Mr. Miller, reflects additional post-petition costs and charges. The trustee is back to her original request for a loan officer to appear and testify. The Court indicated that there was an order in Oct. stating that these items were to be addressed. The Court ordered that the CEO is to appear. Mr. Miller requested that the servicer appear, but the Court denied Mr. Miller's request. Cont'd to April 11, 2018 at 2:00 p.m. The Court will consider sanctions on that day. Mr. Miller should be prepared to argue why his client should not be sanctioned.

**Outcome:**

____ Motion is GRANTED ____ Order Entered
____ Motion is DENIED ____ Order entered
____ Motion WITHDRAWN
____ Motion is DISMISSED ____ Order entered
____ Reschedule for Proper Service
____ Case DISMISSED ____ Order entered
____ Parties to submit Order/Settlement/Stipulation by ____ days
____ CONTINUED MATTER: ____ for at least ____ days (Court to Issue Order)
____ ISSUE EVIDENTIARY HEARING NOTCE
____ Discovery time needed ____ days
____ Briefs to be filed:   Movant(s) brief due ____ days
                              Respondent(s) brief due ____ days
                              Trustee's brief due ____ days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
2/28/18 4:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Diana M Onifer
Michael S Onifer
    Debtors

Case No. 16-22349-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Feb 28, 2018
                            Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.
db/jdb        +Diana M Onifer,   Michael S Onifer,   112 West Fourth Avenue,   Latrobe, PA 15650-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:
             James Warmbrodt   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT bkgroup@kmllawgroup.com
             Jeffrey S. Golembiewski   on behalf of Debtor Diana M Onifer jgolembiewski@yahoo.com, denisegole@yahoo.com
             Jeffrey S. Golembiewski   on behalf of Joint Debtor Michael S Onifer jgolembiewski@yahoo.com, denisegole@yahoo.com
             Joshua I. Goldman   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT bkgroup@kmllawgroup.com
             Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
             Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
             S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
             William E. Miller   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                      TOTAL: 8