FILED
3/5/18 1:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Bankruptcy No.  16-22349 (CMB) |
| Diana and Michael Onifer | : | |
| | : | Adversary No. |
| | : | |
| | : | Related to Docket No.  77 |
| | : | |
| | : | Daily Request |
| | : | |

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

William Miller, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

    February 28, 2018.

The transcript is being prepared by J&J Court Transcribers.  The estimated completion for this transcript is March 6, 2018.

    Michael R. Rhodes, Clerk
    United States Bankruptcy Court

Date: 3/5/2018        By:     /S/ Hayley Smith
                                        ECRO

#61-M