**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>　　Diana M Onifer<br>　　Michael S Onifer<br>　　　　Debtors<br>-------------------------------------------<br>Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its Individual Capacity but Solely as Trustee for BCAT 2014-4TT c/o Shellpoint Mortgage Servicing<br>　　　Movant<br><br>vs.<br><br>Diana M Onifer<br>Michael S Onifer<br>　　　Debtors<br><br>Ronda J. Winnecour , Chapter 13 Trustee<br><br>　　　Respondents. | Chapter 13<br><br>Case No. 16-22349-CMB<br><br>Related to Document No. 85 |

### CERTIFICATE OF SERVICE OF MOTION TO RECONSIDER AND VACATE FEBRUARY 28, 2018 ORDER, BRIEF IN SUPPORT THEREOF, AND ORDER OF COURT DATED MARCH 19, 2018

　　　I, William Miller, Esquire, hereby certify that a true and correct copy of the Motion to Reconsider and Vacate February 28, 2018 Order, Brief in Support thereof, and Order of Court dated March 19, 2018 were sent to the below-listed recipients on March 23, 2018 via the method(s) set forth below:

Diana M Onifer
112 West Fourth Avenue
Latrobe, PA 15650
Via First Class Mail
Via Overnight Mail

Machael S Onifer
112 West Fourth Avenue
Latrobe, PA 15650
Via First Class Mail
Via Overnight Mail

Jeffrey S. Golembiewski, Esquire
225 South Maple Avenue, Suite A
Greensburg, PA  15601
Via First Class Mail
Via Overnight Mail
Via Electronic Mail

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Via First Class Mail
Via Overnight Mail
Via Electronic Mail

U.S. Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Via First Class Mail
Via Overnight Mail
Via Electronic Mail

                      STERN & EISENBERG PC

                      /s/ William E. Miller
                      William E. Miller, Esquire
                      PA ID #308951
                      wmiller@sterneisenberg.com
                      Stern & Eisenberg, PC
                      1581 Main Street, Suite 200
                      Warrington, Pa 18976
                      (215) 572-8111
                      Counsel for Movant