# PROCEEDING MEMO

Date: 04/05/2018 02:00 pm

In re: Diana M Onifer and Michael S. Onifer

Bankruptcy No. 16-22349-CMB
Chapter: 13
Doc. # 83

**Appearances:**

Movant(s):    William E. Miller ✓

Respondent(s):    Winnecour / ~~Paul Katz~~ ✓

Creditor(s):

Nature of Proceeding:    Motion to Reconsider and Vacate February 28, 2018 Order, or, in the alternative, to Amend February 28, 2018 Order

Additional Pleadings:   #84 Brief in Support of Motion to Reconsider; #86 Certificate of Service; #88 Response by the Trustee

Judge's Notes:

Outcome:

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

*Handwritten notes:* - Hearing held. Order to be issued. - If further hearing is needed it will be held June 12 at 10:00. Hearing scheduled for April 11 is cancelled.

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
4/5/18 5:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA