IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DIANA M. ONIFER AND ) | Bankruptcy No. 16-22349-CMB |
| MICHAEL S. ONIFER, ) | |
| ) | Chapter 13 |
| Debtors. ) | |
| ) | |
| RONDA J. WINNECOUR, CHAPTER ) | |
| 13 TRUSTEE, ) | |
| ) | Related to Doc. Nos. 69, 78, 83, 84, 85 & |
| Movant, ) | 88 |
| ) | |
| ) | |
| v. ) | |
| ) | |
| WILMINGTON SAVINGS FUND ) | |
| SOCIETY, FSB ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER OF COURT

AND NOW, this **5th day of April, 2018**, it is hereby **ORDERED, ADJUDGED and DECREED** that the Notice of Postpetition Mortgage Fees, Expenses and Charges, dated September 13, 2016 is deemed **WITHDRAWN**.[1]

IT IS FURTHER ORDERED that, within three (3) weeks, a complete loan history from the inception of the loan must be provided to the Chapter 13 trustee and filed with the Court, or Attorney William Miller must file an affidavit indicating what efforts were made to obtain the complete loan history.

---

[1] To the extent that the February 28, 2018 order or the October 25, 2017 order (collectively the "Orders") disallow any pre-petition charges, this is an incorrect interpretation of the Orders.

**IT IS FURTHER ORDERED** that, within three (3) weeks, Attorney William Miller must file a statement with the Court providing the name of a corporate designee of Wilmington Savings Fund Society, FSB ("Wilmington") who has first-hand knowledge of the information sought by the Chapter 13 trustee and who is intimately familiar with the processes and procedures involved in removing charges. The corporate designee shall also be prepared to testify as to the relationship between Wilmington and its servicer(s), as well as to what are the contracts between Wilmington and its servicer(s).

**IT IS FURTHER ORDERED** that the Chapter 13 trustee shall have ten (10) days from the filing of the loan history (or affidavit) to file a response with the Court indicating whether testimony from a corporate designee is necessary and whether she wishes to continue to pursue her motion requesting sanctions.

**IT IS FURTHER ORDERED** that the evidentiary hearing scheduled for April 11, 2018 at 2:00 p.m. is **CANCELLED** and the President / CEO of Wilmington is not required to appear on April 11, 2018.

**IT IS FURTHER ORDERED** that, if necessary, an evidentiary hearing shall be held on **June 12, 2018 at 10:00 a.m.**, where the Wilmington designee shall (i) be prepared to provide proof that Wilmington's records have been corrected to remove all disallowed charges; (ii) testify as to the relationship between Wilmington and its servicer(s) and what are the contracts between Wilmington and its servicer(s); and (iii) answer any other questions that the Chapter 13 Trustee has about this loan.

**IT IS FURTHER ORDERED** that, should the Trustee indicate that she is still pursuing her motion requesting sanctions, the Court will consider whether to award sanctions against Wilmington at the hearing on **June 12, 2018 at 10:00 a.m.**

_____
Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
4/5/18 5:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-22349-CMB
Diana M Onifer                                                        Chapter 13
Michael S Onifer
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1              Date Rcvd: Apr 06, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.
db/jdb         +Diana M Onifer,   Michael S Onifer,   112 West Fourth Avenue,   Latrobe, PA 15650-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               bkgroup@kmllawgroup.com
              Jeffrey S. Golembiewski    on behalf of Debtor Diana M Onifer jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Joint Debtor Michael S Onifer jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Joshua I. Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Miller    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 8