IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Diana M. Onifer ) | Case No.: 16-22349 CMB |
| Michael S. Onifer ) | Chapter 13 |
|     Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related Doc: 91, 93 |
| Trustee, ) | |
| ) | |
|     Movant, ) | |
| ) | |
|     Vs. ) | |
| Wilmington Savings Fund Society, FSB ) | |
|     Respondent(s) ) | |

### TRUSTEE'S REPORT TO THE COURT PER ORDER OF COURT DATED APRIL 5, 2018

AND NOW, Ronda J. Winnecour, Standing Chapter 13 Trustee for the Western District of Pennsylvania, reports, as follows:

1. Trustee has reviewed the complete loan history and Statement of Corporate Designee that was filed by the Respondent on April 26, 2018 per the April 5, 2018 Order of Court.

2. The Statement of Corporate Designee provided by Mr. Miller has designated Mr. Bruce Coleman, Bankruptcy Senior Manager, Shellpoint Servicing as the corporate designee.

3. However, the order of this Court required: "Attorney William Miller must file a statement with the Court providing the name of a corporate designee of Wilmington Savings Fund Society, FSB ("Wilmington") who has first-hand knowledge of the information sought by the Chapter 13 trustee and who is intimately familiar with the processes and procedures involved in removing charges. The corporate designee shall also be prepared to testify as to the relationship between Wilmington and its

servicer(s), as well as to what are the contracts between Wilmington and its servicers(s)".

4. Although Mr. Coleman may have some of the specific information concerning Shellpoint's servicing of this loan, he does not work for Wilmington and therefore, Mr. Miller's choice and statement do not comply with this Court's order.

5. This is one of many orders that Wilmington and it's counsel have ignored to the detriment of the estate, debtors and trustee.

6. The Trustee is happy to meet with Mr. Coleman and Mr. Miller but she is unable to resolve her concerns about Wilmington without its compliance with orders of this Court.

WHEREFORE, the Chapter 13 Trustee will file a follow-up Report with this Honorable Court once she has had an opportunity to meet with Mr. Coleman.

Respectfully Submitted,

May 2, 2018                     /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Diana M. Onifer | ) | Case No.: 16-22349 CMB |
| Michael S. Onifer | ) | Chapter 13 |
|     Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related Doc: 91, 93 |
| Trustee, | ) | |
| | ) | |
|     Movant, | ) | |
| | ) | |
|     Vs. | ) | |
| Wilmington Savings Fund Society, FSB | ) | |
|     Respondent(s) | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the Motion to Compel and for Sanctions with attached proposed Order of Court and Notice of hearing upon the following, by regular United States mail, postage prepaid:

Diana M. Onifer
Michael S. Onifer
112 West Fourth Avenue
Latrobe, PA  15650

Jeffrey Golembiewski, Esquire
225 South Maple Avenue, Suite A
Greensburg, PA  15601

Shellpoint Mortgage Servicing
P. O. Box 10826
Greenville, SC  29603-0826

William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA  18976

Bruce Coleman, Bankruptcy Senior Manager
Shellpoint Mortgage Servicing
75 Beattie Place, Suite 300
Greenville, SC  29601

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222


<u>05/02/2018</u>                                                   <u>S/ Amy T. Sabedra</u>
Date                                                                   Administrative Assistant
                                                                             Office of the Chapter 13 Trustee
                                                                             US Steel Tower – Suite 3250
                                                                             600 Grant Street
                                                                             Pittsburgh, PA  15219
                                                                             412) 471-5566
                                                                             cmecf@chapter13trusteewdpa.com