IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Diana M. Onifer ) | Case No.: 16-22349 CMB |
| Michael S. Onifer ) | Chapter 13 |
|     Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related Doc: 95 |
| Trustee, ) | |
| ) | |
|     Movant, ) | |
| ) | |
|     Vs. ) | |
| Wilmington Savings Fund Society, FSB ) | |
|     Respondent(s) ) | |

## CERTIFICATE OF SERVICE OF ORDER REGARDING POTENTIAL EVIDIENTIARY HEARING

I certify under penalty of perjury that I am, and at all times hereafter mentioned was, more than 18 years of age and that I served the above captioned Order on the parties at the addresses specified below on **May 25, 2018**.

The type of service made on the parties was First Class Postage Prepaid Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Diana M. Onifer
Michael S. Onifer
112 West Fourth Avenue
Latrobe, PA  15650

Jeffrey S. Golembiewski, Esquire
254 Miller Farm Road
Uniontown, PA  15401

Shellpoint Mortgage Servicing
P. O. Box 10826
Greenville, SC  29603-0826

William E. Miller, Esquire
Stern & Eisenberg PC
1581 Main Street, Suite 200
Warrington, PA  18976

Bruce Coleman, Bankruptcy Senior Manager
Shellpoint Mortgage Servicing
75 Beattie Place, Suite 300
Greenville, SC  29601

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

**BY:**    /s/ Amy T. Sabedra_____
       Amy T. Sabedra
       Office of the Chapter 13 Trustee
       Suite 3250, U.S. Steel Tower
       600 Grant Street
       Pittsburgh, PA  15219
       412-471-5566
       cmecf@chapter13trusteewdpa.com