# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **IN RE:** ) | **Bankruptcy No. 16-22349– CMB** |
| ) | |
| **Diana M. Onifer and Michael S. Onifer,** ) | **Chapter 13** |
| ) | |
| **Debtors.** ) | **Related to Doc. Nos. 91, 93 & 94** |
| ) | |
| ) | |
| **Ronda J. Winnecour, Chapter 13** ) | |
| **Trustee,** ) | |
| ) | |
| **Movant,** ) | |
| ) | |
| **Vs.** ) | |
| ) | |
| **Wilmington Savings Fund Society, FSB** ) | |
| ) | |
| **Respondent.** ) | |
| ) | |

## ORDER

**AND NOW,** this **24th, day of May, 2018**, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. On or before **May 31, 2018**, Attorney William Miller must file a statement with the Court providing the name of a corporate designee of *Wilmington Savings Fund Society, FSB ("Wilmington")* who has first-hand knowledge of the information sought by the Chapter 13 trustee and who is intimately familiar with the processes and procedures involved in removing charges, in accordance with this Court's order dated April 5, 2018 (the "April 5th Order").[1] The corporate designee must be prepared to testify as to the items delineated in the April 5th Order.

---

[1] The Court notes that Attorney William Miller filed a Statement Identifying Corporate Designee at docket no. 93, however, the designation fails to comply with the April 5th Order directing Attorney Miller to provide a name of a corporate designee of Wilmington (not Shellpoint Mortgage Servicing).

2. On or before **June 6, 2018**, the Chapter 13 Trustee must file a statement as to whether she is still pursuing her motion for sanctions and whether an evidentiary hearing is necessary.

3. If the Chapter 13 trustee indicates that an evidentiary hearing is still necessary, it will be held on **June 12, 2018 at 10:00 a.m.** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. The corporate designee from Wilmington must (i) be prepared to provide proof that Wilmington's records have been corrected to remove all disallowed charges; (ii) testify as to the relationship between Wilmington and its servicer(s) and what the contracts are between Wilmington and its servicer(s); and (iii) answer any other questions that the Chapter 13 trustee has about the loan.

4. Should the Chapter 13 trustee indicate that she is still pursuing her motion requesting sanctions, the Court will consider whether to award sanctions against Wilmington at the hearing on **June 12, 2018 at 10:00 a.m.**

5. The attached forms shall be used to prepare each party's exhibit list and witness list.

6. All exhibits shall be pre-marked by counsel using exhibit labels. Movant(s) use exhibit numbers and Respondent(s) use exhibit letters. Each exhibit shall also be pre-marked to indicate whose exhibit it is and the date of the hearing. Example:

| Movant (Name) | Respondent (Name) |
|---|---|
| Exhibit #1 | Exhibit A |
| 8/9/13 (Hearing Date) | 8/9/13 (Hearing Date) |

7. Counsel shall deliver to Chambers[2] and opposing counsel a completed witness list and exhibit list using the attached forms and copies of all pre-marked exhibits on or before **June 8, 2018**. Exhibits are not required to be filed on the docket.

8. Movant shall serve the Motion and this Order on all parties in interest and shall file a Certificate of Service forthwith.

**FILED**

MAY 2 5 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

Carlota M. Böhm
United States Bankruptcy Judge

---

[2]   Pursuant to Judge Böhm's Procedures, counsel shall provide the Court with three (3) complete copies of marked exhibits.

2

**EXHIBITS FILED ON BEHALF OF:** _____

**Case No.** _____

**Motion** _____

**Doc. No.** _____

**Date of Evidentiary Hearing** _____

| Exhibit Number/ Letter | Date of Exhibit | Witness | Description | Offered/ Admitted | Objections/ Rulings/ Exceptions |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**WITNESS LIST FILED ON BEHALF OF:** _____

**Case No.** _____

**Motion** _____

**Doc. No.** _____

**Date of Evidentiary Hearing** _____

| Name of Witness | Address | Area of Testimony | Objections |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-22349-CMB
Diana M Onifer                                                      Chapter 13
Michael S Onifer
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: dsaw              Page 1 of 1              Date Rcvd: May 24, 2018
                                 Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db/jdb          +Diana M Onifer,    Michael S Onifer,    112 West Fourth Avenue,    Latrobe, PA 15650-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              James  Warmbrodt   on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               bkgroup@kmllawgroup.com
              Jeffrey S. Golembiewski    on behalf of Debtor Diana M Onifer jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Joint Debtor Michael S Onifer jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Joshua I. Goldman   on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Miller   on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                               TOTAL: 8