# PROCEEDING MEMO

**Date:** 06/07/2018 11:00 am

**In re:** Diana M Onifer and Michael S. Onifer

Bankruptcy No. 16-22349-CMB
Chapter: 13
Doc. # 98, 99

**Appearances:**

**Movant(s):**     William E. Miller  *by phone –*

**Respondent(s):**     Winnecour / Pail / Katz / DiSimone

**Creditor(s):**

**Nature of Proceeding:**     #98 Second Statement Identifying Corporate Designee In The Form Of Motion To Reconsider And Vacate May 24, 2018 Order, Or, In The Alternative, To Alter Or Amend the May 24, 2018 Order; #99 Trustee's Request For Evidentiary Hearing And Continuing Motion For Sanctions Against Wilmington Savings Fund Society, FSB

**Additional Pleadings:**

**Judge's Notes:**

*Based on the record Mr. Coleman may testify; ct order to be entered.*

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:       Movant(s) brief due____days
                              Respondent(s) brief due____days
                              Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
6/7/18 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA