IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 16-22349– CMB |
| Diana M. Onifer and Michael S. Onifer, | Chapter 13 |
| Debtors. | Related to Doc. Nos. 98, 99, 100 & 101 |
| Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its Individual Capacity but Solely as Trustee for BCAT 2014-4TT c/o New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, | |
| Movant, | |
| Vs. | |
| Diana M. Onifer and Micahel S. Onifer Debtors | |
| Ronda J. Winnecour, Chapter 13 Trustee | |
| Respondents. | |

## ORDER

**AND NOW,** this **7th, day of June, 2018,** for the reasons indicated on the record at the hearing today and, upon consideration of the Second Statement Identifying Corporate Designee In the Form of Motion to Reconsider and Vacate May 24, 2018 Order, Or, In the Alternative, to Alter or Amend May 24, 2018 Order filed by Wilmington Savings Fund Society, FSB ("Motion to Reconsider") (Doc. No. 98), the Chapter 13 Trustee's Request for Evidentiary Hearing and Continuing Motion for Sanctions against Wilmington Savings Fund Society, FSB ("Trustee's Response") (Doc. No. 99), it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion to Reconsider is **GRANTED IN PART AND DENIED IN PART**.
2. **IT IS FURTHER ORDERED** that:
    a. The Motion to Reconsider is **GRANTED** insofar as Bruce Coleman, Bankruptcy Senior Manager, Shellpoint Mortgage Servicing, LLC is authorized to appear as the corporate designee at the evidentiary hearing scheduled for **June 12, 2018 at 10:00 a.m.**
    b. The Motion to Reconsider is **DENIED** with respect to Wilmington's request to limit the scope of the testimony of the corporate designee.
3. **IT IS FURTHER ORDERED** that:
    a. The Court reserves its right to order a representative from Wilmington Savings Fund Society, FSB ("Wilmington") to appear and testify at any further hearings.
    b. The Court reserves its right to impose sanctions against Wilmington, Wilmington's counsel and/or Shellpoint Mortgage Servicing, LLC at any future proceedings related to this matter.
    c. The Court encourages the Chapter 13 trustee and Mr. Coleman and/or Mr. Miller to meet (or discuss via phone) in advance of the June 12th evidentiary hearing.
    d. Counsel shall deliver to Chambers and opposing counsel a completed witness list and exhibit list using the forms attached to the May 24, 2018 order and copies of all pre-marked exhibits on or before **June 8, 2018**. Exhibits are not required to be filed on the docket.

_____
Carlota M. Böhm
United States Bankruptcy Judge

FILED
6/7/18 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                         Case No. 16-22349-CMB
Diana M Onifer                                                 Chapter 13
Michael S Onifer
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: kthe              Page 1 of 1             Date Rcvd: Jun 07, 2018
                              Form ID: pdf900         Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.
```
db/jdb       +Diana M Onifer,   Michael S Onifer,   112 West Fourth Avenue,   Latrobe, PA 15650-1006
cr           +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
cr            Shellpoint Mortgage Servicing,   Attn: Edwin Hugh Russell, II,   PO Box 10826,
              Greenville, SC  29603-0826
cr           +Wilmington Savings Fund Society, FSB, doing busine,   c/o ShellPoint Mortgage Servicing,
              PO BOX 10826,   GREENVILLE, SC 29603-0826
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2018 01:57:38
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Educational Credit Management Corporation,   po box  16408
cr            WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
                                                                           TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               bkgroup@kmllawgroup.com
              Jeffrey S. Golembiewski    on behalf of Debtor Diana M Onifer jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Joint Debtor Michael S Onifer jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Joshua I. Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Miller    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                               TOTAL: 8
```