# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA M. ONIFER )<br>)<br>and )<br>)<br>MICHAEL S. ONIFER, )<br>)<br>Debtors. )<br>)<br>) | Case No. 16-22349-CMB |

## NOTICE OF APPEARANCE

Please kindly enter the appearance of Harry A. Readshaw and the law firm of Eckert Seamans Cherin & Mellott, LLC as counsel of record for (A) Williams Savings Fund Society, FSB, doing business as Christiana Trust, not in its Individual Capacity but Solely as Trustee for BCAT 2014-4TT, and (B) New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing in the above-captioned action.

Dated:  June 11, 2018               Respectfully submitted,

                                    */s/ Harry A. Readshaw*
                                    Harry A. Readshaw
                                    PA ID No. 204287
                                    ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                    600 Grant Street, 44th Floor
                                    Pittsburgh, PA 15219
                                    Phone: (412) 566-6010
                                    Email: hreadshaw@eckertseamans.com

{J2361931}

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2018, a true and correct copy of the foregoing Notice of Appearance was electronically filed. Notice of this filing will be sent to the parties listed below by operation of the Court's electronic filing system.

Jeffrey S. Golembiewski
225 South Maple Avenue, Suite A
Greensburg, PA 15601
jgolembiewski@yahoo.com

Faith A. Mileca
231 South Main Street, Suite 310B
Greensburg, PA 15601
faithaburns@gmail.com
lawburns1@gmail.com

Joshua I. Goldman
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
jgoldman@kmllawgroup.com

William E. Miller
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
wmiller@sterneisenberg.com

S. James Wallace
845 North Lincoln Avenue
Pittsburgh, PA 15233
sjw@sjwpgh.com

James Warmbrodt
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.com

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

{J2361931}

*/s/ Harry A. Readshaw*
Harry A. Readshaw

{J2361931}