# PROCEEDING MEMO

Date: 06/12/2018 10:00 am

In re: Diana M Onifer and Michael S. Onifer

Bankruptcy No. 16-22349-CMB
Chapter: 13
Doc. # 72

**Appearances:**

Movant(s):   Winnecour ✓ / Pail / Katz / DiSimone

Respondent(s):   William E. Miller ✓; Harry A. Readshaw ✓

Creditor(s):

Nature of Proceeding:   Evidentiary Hearing on Trustee's Motion to Compel and for Sanctions v. Wilmington Savings Fund Society, FSB

Additional Pleadings: #74 Response of Wilmington Savings Fund Society; #75 Amended Affidavit by Hugh Russell, authorized signer for Shellpoint Mortgage Servicing, as servicer for Wilmington Savings Fund Society, FSB (w/Loan History Summary); #76 Affidavit by Traci Luckhaupt, corporate officer of Shellpoint Mortgage Servicing (w/Loan History Summary)

Judge's Notes:

Outcome:

Consent Order to be Submitted by Wed. next week.

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:     Movant(s) brief due____days
                           Respondent(s) brief due____days
                           Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
6/12/18 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA