# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Diana M. Onifer ) | Case No.: 16-22349 CMB |
| Michael S. Onifer ) | Chapter 13 |
|     Debtor(s) ) | |
| _____ ) | |
| Ronda J. Winnecour, Chapter 13 ) | Related Doc. Nos.: 72, 106 |
| Trustee, ) | |
| ) | |
|     Movant, ) | |
| ) | |
|     vs. ) | |
| ) | |
| Wilmington Savings Fund Society, FSB ) | |
| doing Business as Christiana Trust, not ) | |
| in its individual capacity but solely as ) | |
| Trustee for BCAT 2014-4TT, ) | |
|     Respondent(s) ) | |

### CONSENT ORDER RESOLVING CHAPTER 13 TRUSTEE'S MOTION TO COMPEL AND FOR SANCTIONS

AND NOW, this _____ day of _____, 2018, by the Agreement of the Chapter 13 Trustee (the "Trustee") and New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") with regard to the postpetition fees, costs and charges related to mortgage loans serviced by Shellpoint in the Western District of Pennsylvania, it is hereby ORDERED that:

1. Shellpoint will treat the following postpetition charges as non-recoverable from the debtors or the estate:

    a. "Door Knock" fees;

    b. Broker's Price Opinions and Appraisals;

    c. Late fees;

    d. Default interest;

    e. Inspection fees;

    f. Postponement charges for sheriff's sales;

    g. Attorney's fees for plan review;

      h. Attorney's fees for objections to confirmation except in unusual or complex cases[1]; and

      i. Legal fees resulting from defending litigation initiated by the Trustee.

2. Shellpoint will provide the Trustee with a single point of contact. Shellpoint currently designates Mr. Bruce Coleman as the single point of contact. Shellpoint may change the identity of the single point of contact upon written notice to the Trustee.

3. Any postpetition attorney's fees charged to the estate will only be paid by the estate for the actual time in accord with the "lodestar" method.

4. Shellpoint will not file postpetition fee or expense notices identifying pre-petition obligations.

BY THE COURT:

_____
Carlota M. Bohm
U.S. BANKRUPTCY JUDGE

Consented to:

*/s/ Ronda J. Winnecour (with permission by Harry A. Readshaw)*
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

---

[1] For example, no fees will be charged to the estate with respect to objections to confirmation based upon a proof of claim, as it is understood that (absent a successful claim objection) a proof of claim will control with respect to confirmed plans in this district.

2

*/s/ Harry A. Readshaw*
Harry A. Readshaw (PA I.D. #204287)
Attorney for New Penn Financial LLC d/b/a
Shellpoint Mortgage Servicing
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
(412) 566-6010
hreadshaw@eckertseamans.com
*Counsel to Wilmington Savings Fund Society,*
*FSB doing Business as Christiana Trust, not*
*in its individual capacity but solely as*
*Trustee for BCAT 2014-4TT and*
*New Penn Financial, LLC d/b/a*
*Shellpoint Mortgage Servicing*

*/s/ Bruce Coleman (with permission by Harry A. Readshaw)*
Bruce Coleman
Bankruptcy Senior Manager
Shellpoint Mortgage Servicing
75 Beattie Place, Suite 300
Greenville, SC  29601
(864) 312-4972
bruce.coleman@shellpointmtg.com

*/s/William E. Miller (with permission by Harry A. Readshaw)*
William E. Miller (PA I.D. #308951)
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA  18976
(215) 572-8111
wmiller@sterneisenberg.com
*Counsel to Wilmington Savings Fund Society,*
*FSB doing Business as Christiana Trust, not*
*in its individual capacity but solely as*
*Trustee for BCAT 2014-4TT and*
*New Penn Financial, LLC d/b/a*
*Shellpoint Mortgage Servicing*