### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Diana M. Onifer<br>Michael S. Onifer<br>    Debtor(s) | Case No.: 16-22349 CMB<br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br><br>    Movant,<br><br>vs.<br><br>Wilmington Savings Fund Society, FSB doing Business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-4TT,<br>    Respondent(s) | Related Doc. Nos.: 72, 106 |

### MODIFIED CONSENT ORDER RESOLVING CHAPTER 13 TRUSTEE'S MOTION TO COMPEL AND FOR SANCTIONS

AND NOW, this __21st__ day of __June__, 2018, by the Agreement of the Chapter 13 Trustee (the "Trustee") and New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") with regard to the postpetition fees, costs and charges related to mortgage loans serviced by Shellpoint in the Western District of Pennsylvania,* it is hereby ORDERED that:

1. Shellpoint will treat the following postpetition charges as non-recoverable from the debtors or the estate:

    a. "Door Knock" fees;

    b. Broker's Price Opinions and Appraisals;

    c. Late fees;

    d. Default interest;

    e. Inspection fees;

    f. Postponement charges for sheriff's sales;

    g. Attorney's fees for plan review;

---

*This is the Agreement of the parties and does not represent findings or determinations of this Court. Should a dispute arise regarding this Agreement and its effect in any other proceeding in this District, the implementation shall be subject to the assigned Judge's assessment of the parties' Agreement. However, the Agreement shall only be binding before the Undersigned.

      h. Attorney's fees for objections to confirmation except in unusual or complex cases[1]; and

      i. Legal fees resulting from defending litigation initiated by the Trustee.

2. Shellpoint will provide the Trustee with a single point of contact. Shellpoint currently designates Mr. Bruce Coleman as the single point of contact. Shellpoint may change the identity of the single point of contact upon written notice to the Trustee.

3. Any postpetition attorney's fees charged to the estate will only be paid by the estate for the actual time in accord with the "lodestar" method.

4. Shellpoint will not file postpetition fee or expense notices identifying pre-petition obligations.

BY THE COURT:

_____
Carlota M. Bohm
U.S. BANKRUPTCY JUDGE

FILED
6/21/18 10:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

*/s/ Ronda J. Winnecour (with permission by Harry A. Readshaw)*
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

---

[1] For example, no fees will be charged to the estate with respect to objections to confirmation based upon a proof of claim, as it is understood that (absent a successful claim objection) a proof of claim will control with respect to confirmed plans in this district.

2

*/s/ Harry A. Readshaw*
Harry A. Readshaw (PA I.D. #204287)
Attorney for New Penn Financial LLC d/b/a
Shellpoint Mortgage Servicing
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
(412) 566-6010
hreadshaw@eckertseamans.com
*Counsel to Wilmington Savings Fund Society,*
*FSB doing Business as Christiana Trust, not*
*in its individual capacity but solely as*
*Trustee for BCAT 2014-4TT and*
*New Penn Financial, LLC d/b/a*
*Shellpoint Mortgage Servicing*


*/s/ Bruce Coleman (with permission by Harry A. Readshaw)*
Bruce Coleman
Bankruptcy Senior Manager
Shellpoint Mortgage Servicing
75 Beattie Place, Suite 300
Greenville, SC  29601
(864) 312-4972
bruce.coleman@shellpointmtg.com


*/s/ William E. Miller (with permission by Harry A. Readshaw)*
William E. Miller (PA I.D. #308951)
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA  18976
(215) 572-8111
wmiller@sterneisenberg.com
*Counsel to Wilmington Savings Fund Society,*
*FSB doing Business as Christiana Trust, not*
*in its individual capacity but solely as*
*Trustee for BCAT 2014-4TT and*
*New Penn Financial, LLC d/b/a*
*Shellpoint Mortgage Servicing*

3

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-22349-CMB
Diana M Onifer                                                         Chapter 13
Michael S Onifer
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe              Page 1 of 1             Date Rcvd: Jun 21, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
cr              Shellpoint Mortgage Servicing,    Attn: Edwin Hugh Russell, II,    PO Box 10826,
                  Greenville, SC  29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:
              Harry A. Readshaw    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               hreadshaw@eckertseamans.com,    readshaw4@yahoo.com
              Harry A. Readshaw    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business
               as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-4TT
               hreadshaw@eckertseamans.com,    readshaw4@yahoo.com
              Harry A. Readshaw    on behalf of Interested Party    New Penn Financial LLC d/b/a Shellpoint
               Mortgage Servicing hreadshaw@eckertseamans.com,    readshaw4@yahoo.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               bkgroup@kmllawgroup.com
              Jeffrey S. Golembiewski    on behalf of Debtor Diana M Onifer jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Joint Debtor Michael S Onifer jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Joshua I. Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Miller    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                               TOTAL: 11