Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Diana M Onifer** | : | Case No. 16−22349−CMB |
| **Michael S Onifer** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 111 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 18th of January, 2019,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-22349-CMB
Diana M Onifer                                                  Chapter 13
Michael S Onifer
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel              Page 1 of 2            Date Rcvd: Jan 18, 2019
                              Form ID: 309            Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
```
db/jdb         +Diana M Onifer,   Michael S Onifer,   112 West Fourth Avenue,   Latrobe, PA 15650-1006
cr             +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr              Shellpoint Mortgage Servicing,   Attn: Edwin Hugh Russell, II,   PO Box 10826,
                 Greenville, SC  29603-0826
cr             +Wilmington Savings Fund Society, FSB, doing busine,   c/o ShellPoint Mortgage Servicing,
                 PO BOX 10826,   GREENVILLE, SC 29603-0826
14251237        KML Law Group,   PC 701 Market St.,   Suite 5000,   Philadelphia, PA 19106
14303529        Suntrust Bank,   Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973
14312414        US DEPT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,   MADISON WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14251236        EDI: DISCOVER.COM Jan 19 2019 07:03:00      Discover Financial Services,   PO Box 15316,
                 Wilmington, DE 19850
14255057        EDI: DISCOVER.COM Jan 19 2019 07:03:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
14673126        EDI: ECMC.COM Jan 19 2019 07:03:00      Educational Credit Management Corporation,
                 PO BOX 16408,   ST. PAUL, MN 55116-0408
14317509       +EDI: MID8.COM Jan 19 2019 07:03:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
14251238       +EDI: AGFINANCE.COM Jan 19 2019 06:58:00      One Main,   6801 Colwell BLVD,
                 Irving, TX 75039-3198
14421877       +EDI: PRA.COM Jan 19 2019 07:03:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Educational Credit Management Corporation,    po box  16408
intp            New Penn Financial LLC d/b/a Shellpoint Mortgage S
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
14265387        BCAT 2014-4TT,   c/o Shellpoint Mortgage Servicing,   Po Box 10826 Greenville, South Carolina
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
```
              Harry A. Readshaw   on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               hreadshaw@eckertseamans.com, readshaw4@yahoo.com
              Harry A. Readshaw   on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business
               as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-4TT
               hreadshaw@eckertseamans.com, readshaw4@yahoo.com
              Harry A. Readshaw   on behalf of Interested Party    New Penn Financial LLC d/b/a Shellpoint
               Mortgage Servicing hreadshaw@eckertseamans.com, readshaw4@yahoo.com
              James Warmbrodt   on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT
               bkgroup@kmllawgroup.com
              Jeffrey S. Golembiewski   on behalf of Debtor Diana M Onifer jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski   on behalf of Joint Debtor Michael S Onifer jgolembiewski@yahoo.com,
               denisegole@yahoo.com
```

```
District/off: 0315-2           User: jhel             Page 2 of 2              Date Rcvd: Jan 18, 2019
                               Form ID: 309           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Joshua I. Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT bkgroup@kmllawgroup.com

      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

      William E. Miller    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com

      TOTAL: 11