**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DIANA M ONIFER
MICHAEL S ONIFER
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.: 16-22349

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/27/2016 and confirmed on 08/11/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 36,010.00 |
| Less Refunds to Debtor | 2,216.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 33,794.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,700.00 | |
|   Trustee Fee | 1,474.68 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,174.68 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>  Acct: 6582 | 0.00 | 21,607.19 | 0.00 | 21,607.19 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>  Acct: 6582 | 31,842.87 | 8,012.13 | 0.00 | 8,012.13 |
| | | | | 29,619.32 |
| **Priority** | | | | |
| JEFFREY GOLEMBIEWSKI ESQ++<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DIANA M ONIFER<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DIANA M ONIFER<br>  Acct: | 554.00 | 554.00 | 0.00 | 0.00 |
| DIANA M ONIFER<br>  Acct: | 1,662.00 | 1,662.00 | 0.00 | 0.00 |
| JEFFREY GOLEMBIEWSKI ESQ++<br>  Acct: | 2,100.00 | 0.00 | 0.00 | 0.00 |
| JEFFREY GOLEMBIEWSKI ESQ++<br>  Acct: | 2,700.00 | 2,700.00 | 0.00 | 0.00 |

| 16-22349 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| FAITH A MILECA ESQ (FORMERLY FAITH A  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFREY GOLEMBIEWSKI ESQ++  Acct: | 553.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS  Acct: 6582 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS  Acct: 6582 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS  Acct: 6582 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT  Acct: XXXXXXXX CMB | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| DISCOVER BANK(\*)  Acct: 6180 | 8,470.64 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(\*)  Acct: 2831 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC(\*)  Acct: 1396 | 48,739.09 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION\*\*  Acct: 2680 | 3,566.63 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC  Acct: 0109 | 715.74 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC\*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC\*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK  Acct: 2623 | 0.00 | 0.00 | 0.00 | 0.00 |
| HARRY READSHAW ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                         29,619.32

TOTAL CLAIMED
PRIORITY            0.00
SECURED         31,842.87
UNSECURED       61.492.10

Date: 04/01/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com